```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 10-62378-CIV-COHN
                        MAGISTRATE JUDGE P.A. WHITE
```

TROY LITTLE,                          :

    Plaintiff,                    :

v.                                    :          REPORT OF
                                                 MAGISTRATE JUDGE
AUGUSTE WILIENSON, et al.,

    Defendants.                   :
_____

    The <u>pro-se</u> plaintiff in this case filed a civil rights complaint on December 7, 2010, while confined in the Broward County Jail, along with a motion to proceed <u>in forma pauperis</u>. He has filed nothing further in this case. The Court docket indicates that mail sent to the plaintiff at the Broward County Jail was returned to the Court as undeliverable (DE#5), and that no updated address was provided to the Court. A home address was included with the plaintiff's complaint, and a copy of this Order shall be mailed to plaintiff at that address.

    It was unclear whether the plaintiff wished to litigate this case. In light of the plaintiff's <u>pro-se</u> status, the plaintiff was ordered to file a status report on or before March 15, 2011, informing the Court whether he wished to continue to litigate his case. The Order was sent to the plaintiff's last known address and his home address. The plaintiff has filed nothing further in this case. He was cautioned that failure to comply with the Court's Order shall result in dismissal of this case.

It is therefore recommended that this complaint be dismissed without prejudice for lack of prosecution.

Objections to this Report may be filed with the District Judge within fourteen days following receipt.

Dated at Miami, Florida this 13th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Troy Little, Pro Se
#571007456
Broward County Main Jail
(Last known Address of Record)

Troy Little
1790 NW 36th Ave
Ft Lauderdale, FL 33311
Hand mailed