UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-62378-CIV-COHN/WHITE

TROY LITTLE,

      Plaintiff,

v.

AUGUSTE WILIENSON, et al.,

      Defendants,

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on the Report of United States Magistrate Judge Patrick A. White [DE 9] ("Report") regarding Plaintiff Troy Little's Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 [DE 1] ("Complaint").  Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Complaint and Judge White's Report, and is otherwise advised in the premises.  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Report of United States Magistrate Judge Patrick A. White [DE 9] is **ADOPTED**;

2.    Plaintiff Troy Little's Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 [DE 1] is **DISMISSED without prejudice** for lack of prosecution;

3.    All pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 9th day of May, 2011.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Troy Little, *pro se*
#571007456
Broward County Main Jail
(Last known Address of Record)

Troy Little, *pro se*
1790 NW 36th Ave
Ft Lauderdale, FL 33311
(Hand mailed)

2